**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Donna M. Robinson               CHAPTER 13
                     Debtor(s)

                                       BKY. NO. 17-14200 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of UMB Bank, National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust 2018-3 and index same on the master mailing list.

Respectfully submitted,


/s/ Rebecca Solarz
06 Apr 2021, 12:49:41, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 30df869e77d88fe7c4c00941776decdc6ae84fb9e47c7495822f54412ff3b88a