| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-14200-AMC

DONNA M. ROBINSON  
715 S. 57TH STREET  
PHILADELPHIA  PA    19143

Petition Filed Date: 06/16/2017  
341 Hearing Date: 08/11/2017  
Confirmation Date: 02/22/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $241.25 | 21665415 | 01/07/2020 | $241.25 | 21848948 | 01/17/2020 | $241.25 | 22117212 |
| 01/22/2020 | $241.25 | 22288968 | 01/29/2020 | $241.25 | 22416608 | 02/05/2020 | $241.25 | 22601889 |
| 02/12/2020 | $241.25 | 22807439 | 02/19/2020 | $241.25 | 23058129 | 02/25/2020 | $241.25 | 23189995 |
| 03/04/2020 | $241.25 | 23376946 | 03/10/2020 | $241.25 | 23584917 | 03/18/2020 | $241.25 | 23777627 |
| 03/27/2020 | $241.25 | PHILADELP 83 | 04/01/2020 | $241.25 | 24165460 | 04/09/2020 | $241.25 | 24357865 |
| 04/14/2020 | $241.25 | 24505520 | 04/22/2020 | $241.25 | 24658332 | 04/29/2020 | $241.25 | 24784864 |
| 05/06/2020 | $241.25 | 24922705 | 05/13/2020 | $241.25 | 25036318 | 05/20/2020 | $241.25 | 25160008 |
| 05/27/2020 | $241.25 | 25306826 | 06/05/2020 | $241.25 | 25389925 | 06/11/2020 | $241.25 | 25505198 |
| 06/17/2020 | $241.25 | 25623244 | 06/25/2020 | $241.25 | 25736234 | 07/01/2020 | $241.25 | 25854710 |
| 07/13/2020 | $241.25 | 25989920 | 07/21/2020 | $241.25 | 26127226 | 07/24/2020 | $241.25 | 26234731 |
| 07/29/2020 | $241.25 | 26307274 | 08/05/2020 | $241.25 | 26417216 | 08/12/2020 | $241.25 | 26531726 |
| 08/19/2020 | $241.25 | 26639503 | 08/31/2020 | $241.25 | 26756852 | 09/02/2020 | $241.25 | 26863995 |
| 09/09/2020 | $241.25 | 27017939 | 09/16/2020 | $241.25 | 27090710 | 09/25/2020 | $241.25 | 27208110 |
| 09/30/2020 | $241.25 | 27315191 | 10/09/2020 | $241.25 | 27480606 | 10/14/2020 | $241.25 | 27578450 |
| 10/22/2020 | $241.25 | 27664225 | 10/28/2020 | $241.25 | 27771701 | 11/09/2020 | $241.25 | 27893333 |
| 11/12/2020 | $241.25 | 28004613 | 11/20/2020 | $241.25 | 28174179 | 11/30/2020 | $241.25 | 28239446 |
| 12/04/2020 | $241.25 | 28360319 | 12/15/2020 | $241.25 | 284783388 | 12/18/2020 | $241.25 | 28600965 |
| 12/29/2020 | $241.25 | 28716234 | 12/30/2020 | $241.25 | 28866946 | 01/08/2021 | $241.25 | 28976403 |
| 01/15/2021 | $241.25 | 29067739 | 01/25/2021 | $241.25 | 29213996 | 01/27/2021 | $241.25 | 29297145 |
| 02/05/2021 | $241.25 | 29407823 | 02/11/2021 | $241.25 | 29534225 | 02/23/2021 | $241.25 | 29683966 |
| 03/08/2021 | $241.25 | 29880735 | 03/09/2021 | $241.25 | 29767600 | 03/12/2021 | $241.25 | 30007518 |
| 03/16/2021 | $241.25 | 30125185 | 03/25/2021 | $241.25 | 30254839 | 03/31/2021 | $241.25 | 30370551 |
| 04/12/2021 | $241.25 | 30502202 | 04/14/2021 | $241.25 | 30618612 | 04/21/2021 | $241.25 | 30747218 |
| 04/30/2021 | $241.25 | 30862814 | 05/05/2021 | $241.25 | 30992541 | 05/13/2021 | $241.25 | 31108155 |
| 05/21/2021 | $241.25 | 31234401 | 05/26/2021 | $241.25 | 31349839 | 06/03/2021 | $241.25 | 31517145 |
| 06/09/2021 | $241.25 | 31593607 | | | | | | |

**Total Receipts for the Period:  $18,335.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $49,697.50**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | CACH, LLC<br>»»  003 | Unsecured Creditors | $13,424.70 | $11,418.00 | $2,006.70 |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-14200-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 1 | HARLEY DAVIDSON CREDIT CORP<br>»» 001 | Unsecured Creditors | $9,330.91 | $7,936.15 | $1,394.76 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $89.30 | $89.30 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $13,346.67 | $11,351.63 | $1,995.04 |
| 4 | US DEPARTMENT OF EDUCATION<br>»» 004 | Unsecured Creditors | $11,779.38 | $10,018.62 | $1,760.76 |
| 7 | DAVID M OFFEN ESQUIRE<br>»» 007 | Attorney Fees | $3,994.00 | $3,994.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,697.50 | Current Monthly Payment: | $965.00 |
| Paid to Claims: | $44,807.70 | Arrearages: | ($4,342.50) |
| Paid to Trustee: | $4,238.41 | Total Plan Base: | $57,900.00 |
| Funds on Hand: | $651.39 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.