**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **Donna M. Robinson** | : | No. 17-14200-AMC |
| **SS# XXX-XX-0370** | : | |
| **Debtor** | : | |

**ORDER**

AND NOW, this _____ day of _____, 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: January 31, 2022**

_____
**HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**