United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 17-14200-amc

Donna M Robinson                             Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                        Page 1 of 2

Date Rcvd: Feb 23, 2022                         Form ID: 138OBJ                            Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna M Robinson, 715 S. 57th Street, Philadelphia, PA 19143-2801 |
| 13935909 | + | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 14207062 | + | Citibank, N.A., Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 14346883 | | Fay Servicing,LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14008337 | + | LSF9 Master Participation Trust, Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, OK 73124-0330 |
| 13935912 | + | Phila Gas Works Emp Cu, 8022 Bustleton Ave, Philadelphia, PA 19152-2815 |
| 13935913 | | Proactiv Solution, P.O. Box 11448, Des Moines, IA 50336-1448 |
| 14286439 | + | U.S. Bank Trust National Association, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 14591637 | + | UMB Bank, National Association, not in its indivi, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14597267 | + | UMB Bank, National Association, not in its individ, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14004604 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13935914 | + | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2022 00:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13962629 | | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2022 00:13:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13935907 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 24 2022 00:13:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13935908 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:22:25 | CACH, LLC, PO Box 5980, Denver, CO 80217-5980 |
| 13989132 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:22:25 | CACH, LLC its successors and assigns as assignee, of Springleaf Financial Services, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14023760 | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13935910 | + | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | City of Philadelphia, Dept. of Revenue, Municipal Services Building Concourse, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102-1617 |
| 13935911 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |

Case 17-14200-amc    Doc 69    Filed 02/25/22    Entered 02/26/22 00:34:10    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| | | Feb 24 2022 00:13:00 | Harley Davidson Financial, Attention: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 13960477 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 24 2022 00:13:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14255262 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 00:22:33 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

**Name**          **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com

DAVID M. OFFEN
    on behalf of Debtor Donna M Robinson dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

MARISA MYERS COHEN
    on behalf of Creditor LSF9 Master Participation Trust ecfmail@mwc-law.com  mcohen@mwc-law.com

REBECCA ANN SOLARZ
    on behalf of Creditor BRAVO Residential Funding Trust 2021-B bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust 2018-3 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Donna M Robinson
　　　　Debtor(s)

Case No: 17−14200−amc
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/23/22