**Fill in this information to identify the case:**

Debtor 1        Donna M. Robinson

Debtor 2

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number :    17-14200-amc

---

Official Form 410S1

# Notice of Mortgage Payment Change                          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2018-C | **Court claim no.** (if known): | **5** |
| **Last 4 digits** of any number you use to identify the debtor's account: | 4965 | **Date of payment change:** Must be at least 21 days after date of this notice | **03/29/2021** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$615.29** |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $342.24**              **New escrow payment: $199.75**

### Part : 2   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                        **New interest rate:**
   **Current Principal and interest payment:**       **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

   Reason for change:

   **Current mortgage payment:**                     **New mortgage payment:**

---

Official Form 410S1                          **Notice of Mortgage Payment Change**                          page 1

| Debtor 1 | Donna M. Robinson | | | Case number (if known) | 17-14200-amc |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/S/Kristin A. Zilberstein                                                                              Date   1-26-2021
Signature

| | | | |
|---|---|---|---|
| Print: | Kristin A. Zilberstein | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___26th___ day of January, 2021.

/S/ Kristin A. Zilberstein

KRISTIN A. ZILBERSTEIN
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 17-14200-amc)

Debtor
Donna M. Robinson
715 South 57th Street
Philadelphia, PA 19143

Attorney
DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Trustee
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106



PO Box 619063
Dallas, TX  75261-9063

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---|
| Loan Number: | |
| Analysis Date: | 12/28/2020 |

DONNA M ROBINSON
715 S 57TH ST
PHILADELPHIA PA  19143-2801

| **Customer Service** | **1-800-495-7166** |
|---|---|
| Monday-Thursday | 8:00 a.m. to 9:00 p.m. CT |
| Friday | 8:30 a.m. to 5:00 p.m. CT |
| Saturday | 10:00 a.m. to 4:00 p.m. CT |

| | PRESENT PAYMENT | NEW PAYMENT effective 03/29/2021 |
|---|---|---|
| Principal & Interest | $415.54 | $415.54 |
| Escrow Payment | $342.24 | $199.75 |
| Escrow Shortage | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$757.78** | **$615.29** |

### ESCROW ANALYSIS STATEMENT

At least once every 12 months Fay Servicing, LLC analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

**UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT**

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $2,397.00 / 12 months = $199.75.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus:
You have a surplus of $210.09 because the Projected Low Point (c) of $609.59 plus the escrow adjustment* is more than the Required Low Point of $399.50.
*An Escrow Adjustment of $0.00, scheduled to be repaid through the bankruptcy, is included in this calculation.
If the surplus is less than $50.00, it will be spread to the low point "the minimum escrow balance required", which could be spread equally up to 12 months and automatically reduce your monthly payment accordingly. Otherwise, if your loan is contractually current, we will send you a check for the surplus amount.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $415.54 |
| Escrow Payment | $199.75 |
| Escrow Shortage | $0.00 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| **Total** | **$615.29** |
| Effective Date | 03/29/2021 |

**PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS**

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 2,158.09 | 1,948.00 |
| Mar-21 | 199.75 | .00 | | 2,357.84 | 2,147.75 |
| Apr-21 | 199.75 | 1,948.00 | HOMEOWNERS I | (c) 609.59 | (b) 399.50 |
| May-21 | 199.75 | .00 | | 809.34 | 599.25 |
| Jun-21 | 199.75 | .00 | | 1,009.09 | 799.00 |
| Jul-21 | 199.75 | .00 | | 1,208.84 | 998.75 |
| Aug-21 | 199.75 | .00 | | 1,408.59 | 1,198.50 |
| Sep-21 | 199.75 | .00 | | 1,608.34 | 1,398.25 |
| Oct-21 | 199.75 | .00 | | 1,808.09 | 1,598.00 |
| Nov-21 | 199.75 | .00 | | 2,007.84 | 1,797.75 |
| Dec-21 | 199.75 | .00 | | 2,207.59 | 1,997.50 |
| Jan-22 | 199.75 | .00 | | 2,407.34 | 2,197.25 |
| Feb-22 | 199.75 | 449.00 | CITY / TOWN | 2,158.09 | 1,948.00 |
| **TOTAL** | **$2,397.00** | **(a) $2,397.00** | | | |

### IMPORTANT MESSAGES

ACH Debit Borrowers:  You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable).  Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein.  Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop.  Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are Monday-Thursday 8 A.M. -  9 P.M.  Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST.  Call today: 1-800-495-7166.  NMLS ID#          . NC residents: Fay Servicing, LLC, NC Permit Number            425 S. Financial Pl., Suite 2000, Chicago, IL 60605-6011.

**Check will be sent separately.**

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

Loan: _____    ACCOUNT HISTORY    Date: 12/28/2020

This is a statement of actual activity in your escrow account from 02/01/2020 through 02/28/2021. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:

- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BEGINNING BALANCE | 2,755.88 | 158.93 |
| 02/20 | 250.54 | 396.04 * | 1,032.42 | 449.00 | | CITY / TOWN | 1,974.00 | 105.97 |
| 03/20 | 250.54 | 342.24 * | | 1,948.00 | | HOMEOWNERS I | 2,224.54 | -1,499.79 < |
| 04/20 | 250.54 | 342.24 * | 1,974.00 | | | HOMEOWNERS I | 501.08 < | -1,157.55 |
| 05/20 | 250.54 | 342.24 | | | | | 751.62 | -815.31 |
| 06/20 | 250.54 | 684.48 | | | | | 1,002.16 | -130.83 |
| 07/20 | 250.54 | 342.24 | | | | | 1,252.70 | 211.41 |
| 08/20 | 250.54 | 342.24 | | | | | 1,503.24 | 553.65 |
| 09/20 | 250.54 | | | | | | 1,753.78 | 553.65 |
| 10/20 | 250.54 | | | | | | 2,004.32 | 553.65 |
| 11/20 | 250.54 | 684.48 | | | | | 2,254.86 | 1,238.13 |
| 12/20 | 250.54 | 684.48 E | | E | | | 2,505.40 | 1,922.61 |
| 01/21 | 250.54 | 342.24 E | | E | | | 2,755.94 | 2,264.85 |
| 02/21 | | 342.24 * E | | 449.00 | E | CITY / TOWN | 2,755.94 | 2,158.09 |
| TOTAL | $3,006.48 | $4,845.16 | $3,006.42 | $2,846.00 | | | | |